LEONARD MEYERSON v. CITY OF BAYONNE.

November 10, 1982.

Petition for certification denied. (See 185 *N.J.Super.* 437)

STATE OF NEW JERSEY v. MARLOWE A. MARSHALL.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT WALL.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WINTHROP SPENCE.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL DOOLEY.

November 10, 1982.

Petition for certification denied.